FILED
CLERK, U.S. DISTRICT COURT

September 6, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 09-34 JGB |
| Date | September 6, 2016 |
| Title | United States v. Soto-Gamboa |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Lack of bail resources

☐ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☐ Previous failure to appear or violations of probation, parole, or release

☐ Ties to foreign countries

☐ Allegations in petition

☐

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 09-34 JGB | Date | September 6, 2016 |
|---|---|---|---|
| Title | United States v. Soto-Gamboa | | |

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒ Nature of previous criminal convictions

☒ Allegations in petition

☐ Substance abuse

☐ Already in custody on state or federal offense

☐

C. ☒ Defendant submitted to detention

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.